

47 P.3d 744

# SUPREME COURT OF HAWAI'I

State v. Afanasenko .............................. 23096 04/18/2002 Vacated and remanded

State v. Dagdag................................... 24357 04/29/2002 Vacated and remanded

Harris v. Progressive Hawaii Ins. Corp............... 23000 05/17/2002 Reversed

State v. Yamamoto .............. 23517 05/28/2002 Dismissed